FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Annamarie C. Meador**  
Debtor(s)

Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Annamarie C. Meador** | S.S.# **xxx-xx-4439** |
| | (W) | S.S.# |
| ADDRESS: | **825 West Wind Dr. Ext** | |
| | **Newbern, TN 38059** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **183.00** ( semi-monthly) | |
| PAYROLL DEDUCTION: | **YES**      OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **TN Department of F&A** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( x ) Not included in Plan    ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

| | | | | |
|---|---|---|---|---|
| HOME MORTGAGE: | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | |
| **Nationwide Adv. Mortgage** | Ongoing pmt. Begin **debtor to act as disbursing agent** | | | $ **CURRENT** |
| | Approx. arrearage **0.00** | Interest **0.00** % | | $ **0.00** |
| SECURED CREDITORS; | VALUE | RATE OF | | MONTHLY |
| (retain lien 11 U.S.C. Sec. 1325{a}{5}) | COLLATERAL | INTEREST | | PLAN PMT. |
| **Chandler Furniture** | $ **4847.42** | **4.00** % | | $ **90.00** |
| **Santander Consumer USA** | $ **9,815.00** | **4.00** % | | $ **181.00** |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be determined by Trustee

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:  **$25,186.00**

TERMINATION:    Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
**-NONE-**:  
**Assumed Leases**  
**-NONE-**:

DEBTOR'S ATTORNEY:    **Gerald Ketchum 5888**  
**Ketchum Law Firm**  
**PO Box 1246**  
**Dyersburg, TN 38025-1246**  
**731-285-8165 Fax:731-285-3796**